

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-21-00112-CV

In the Interest of **D.R.P.**, T.M.B., J.D.B., and M.A.R.B., Children

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-PA-01835
Honorable Charles E. Montemayor, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's memorandum opinion of this date, the trial court's judgment is AFFIRMED. No costs on appeal are ordered because appellant qualifies as indigent. *See* TEX. R. APP. P. 20.1.

SIGNED October 6, 2021.

_____
Irene Rios, Justice